# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re:<br><br>ATLANTIC DISMANTLING AND SITE CONTRACTORS CORP.,<br><br>                   Debtor. | Chapter 7<br>Case No. 12-18151 JNF |

## APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL

TO THE HONORABLE JOAN N. FEENEY,
UNITED STATES BANKRUPTCY JUDGE

      John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of the estate of Atlantic Dismantling and Site Contractors Corp., the debtor herein (the "Debtor"), hereby submits this application for authority to retain the law firm of Anderson Aquino LLP as counsel to the Trustee. In support of this Application, the Trustee respectfully represents as follows:

      1.     The Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on October 5, 2012 (the "Petition Date"). Thereafter, the Trustee was appointed Chapter 7 Trustee by the United States Trustee for the District of Massachusetts and continues to serve in that capacity.

      2.     The Trustee hereby applies for authority to employ the law firm of Anderson Aquino LLP as his attorneys under a general retainer for services to be rendered regarding the following:

            (a)     To assist, advise and represent the Trustee in the administration of this case;

            (b)     To assist, advise and represent the Trustee in any investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, and to direct the activities of accountants and other

        professionals that are employed by the Trustee;

(c)      To assist, advise and represent the Trustee with respect to the prosecution or defense of any action brought by or against the estate;

(d)      To assist, advise and represent the Trustee with respect to the allowance or disallowance of any claims filed against the Debtor's estate;

(e)      To assist, advise and represent the Trustee with respect to the collection and liquidation of the Debtor's assets and any other matters relevant to this proceeding; and

(f)      To assist, advise and represent the Trustee in connection with any other matters that may be necessary and appropriate in the administration of this case.

4.      To the best of the Trustee's knowledge, information and belief, none of the members of Anderson Aquino LLP have any connection with the Debtor, its creditors or any other party-in-interest, and represent no interest adverse to the Debtor's estate in the matters for which it is to be retained, other than as may be set forth in the affidavit of John J. Aquino, submitted herewith.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

(i)      Authorizing the Trustee to employ and retain the law firm of Anderson Aquino LLP as his counsel, to perform the legal services recited herein; and

(ii)      Granting such other and further relief as this Court deems just and proper.

        John J. Aquino, Chapter 7 Trustee for
        the estate of Atlantic Dismantling and Site
        Contractors Corp.

        /s/ John J. Aquino
        John J. Aquino
        Anderson Aquino LLP
        240 Lewis Wharf
        Boston, MA  02110
        (617) 723-3600
Dated: November 30, 2012      psilverman@andersonaquino.com