12/03/2012 Application granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>ATLANTIC DISMANTLING AND SITE CONTRACTORS CORP.,<br><br>Debtor. | Chapter 7<br>Case No. 12-18151 JNF |

**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL**

TO THE HONORABLE JOAN N. FEENEY,
UNITED STATES BANKRUPTCY JUDGE

John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of the estate of Atlantic Dismantling and Site Contractors Corp., the debtor herein (the "Debtor"), hereby submits this application for authority to retain the law firm of Anderson Aquino LLP as counsel to the Trustee. In support of this Application, the Trustee respectfully represents as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on October 5, 2012 (the "Petition Date"). Thereafter, the Trustee was appointed Chapter 7 Trustee by the United States Trustee for the District of Massachusetts and continues to serve in that capacity.

2. The Trustee hereby applies for authority to employ the law firm of Anderson Aquino LLP as his attorneys under a general retainer for services to be rendered regarding the following:

    (a)    To assist, advise and represent the Trustee in the administration of this case;

    (b)    To assist, advise and represent the Trustee in any investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, and to direct the activities of accountants and other