**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>Atlantic Dismantling and Site Contractors Corp.,<br><br>Debtor. | Chapter 7<br>Case No. 12-18151-JNF |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    This is to certify that a copy of the Motion For Examination of Debtor Other than at Creditors' Meeting has been served on the President of the Debtor, Joseph Edward Montalto, by certified and first class mail, postage prepaid, at 36 Commerce Way, Woburn, MA 01801on this 11th day of December, 2012.

    Respectfully submitted,

    MASSACHUSETTS LABORERS
    BENEFIT FUNDS,

    By their attorneys,

    /s/ Alexander Sugerman-Brozan
    Anne R. Sills, Esquire
    BBO #546576
    Alexander Sugerman-Brozan, Esquire
    BBO #650980
    Segal Roitman, LLP
    111 Devonshire Street, 5th Floor
    Boston, MA  02109
    (617) 742-0208, Ext. 236
    abrozan@segalroitman.com

ASB/asb&ts
6306 12-486/supplemental-certofserv.doc