**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Atlantic Dismantling and Site Contractors, Corp. | Chapter: 7 |
| | | Case No: 12–18151 |
| | Debtor | Judge Joan N. Feeney |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that John Aquino, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:10/16/14                                                                                     By the Court,

                                                                                                  Joan N. Feeney
                                                                                                  U.S. Bankruptcy Judge